■ CARL REYNOSO et al., Appellants, v SAMIR M. AMIN et al., Respondents, et al., Defendant. [821 NYS2d 883]—Appeal from order, Supreme Court, New York County (Milton A. Tingling, J.), entered October 12, 2005, which denied plaintiffs' motion to reargue, denominated as one for "renewal and/or reargument," unanimously dismissed, without costs, as taken from a nonappealable paper.

Since plaintiffs did not offer any new or additional facts that would have changed the prior determination to dismiss, the motion was in essence one to reargue, the denial of which is not appealable (*see Rosen v Rosenholc*, 303 AD2d 230 [2003]). Concur—Mazzarelli, J.P., Andrias, Sullivan, McGuire and Malone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS JAMES, Appellant. [822 NYS2d 514]—

Judgment, Supreme Court, New York County (Joan C. Sudolnik, J.), rendered September 7, 2004, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third and fifth degrees, and sentencing him, as a second felony offender to an aggregate term of 4½ to 9 years, unanimously affirmed.

The court properly denied defendant's suppression motion. The radioed description was sufficiently specific to provide the arresting officer with reasonable suspicion for defendant's initial detention pending confirmatory viewing by the undercover officer, given the spatial and temporal factors and the fact that defendant was the only person present matching the description (*see People v Haulsey*, 298 AD2d 129 [2002], *lv denied* 99 NY2d 582 [2003]; *People v Rampersant*, 272 AD2d 202 [2000], *lv denied* 95 NY2d 870 [2000]). Concur—Mazzarelli, J.P., Andrias, Sullivan, McGuire and Malone, JJ.